UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br><br>Ismael SANTOS De Jesus,<br><br><br><br>           Defendant. | Magistrate Docket No. '22 MJ1294<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

On or about April 11, 2022 within the Southern District of California and elsewhere, defendant, Ismael SANTOS De Jesus, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Ysidro, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 12, 2022.

HON. ALLISON GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Ismael SANTOS DE JESUS**

## PROBABLE CAUSE STATEMENT

On April 11, 2022, Border Patrol Agent R. Ko was performing assigned duties in San Clemente Border Patrol Station's area of responsibility. At approximately 12:30 AM, Agent Ko responded to a request for assistance from the United States Coast Guard to conduct an immigration inspection on a large group of individuals encountered onboard a panga style vessel near Point Loma, California. Agent Ko met with the United States Coast Guard at the Ballast Point Naval Base located in Point Loma, California. The Ballast Point Naval Base is located on the western coast of the United States approximately 14 miles northwest of the San Ysidro Port of Entry. Agent Ko identified himself as a Border Patrol Agent and performed an immigration inspection to the group of individuals, including one later identified as the defendant, Ismael SANTOS De Jesus. Agent Ko questioned everyone separately, including SANTOS, as to their country of birth, citizenship, and if they carried any sort of documentation that would permit them to enter or remain in the United States legally. Each individual, including SANTOS stated they were born in Mexico, citizens of Mexico, and did not carry any sort of documentation to enter or remain in the United States legally. On April 11, 2022, at approximately 12:38 AM, Agent Ko placed the group of individuals, including SANTOS, under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States approximately seven months ago and has not applied or requested permission to re-enter the United States legally. The defendant stated his intended destination was Seattle, Washington.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on April 6th, 2022, through the San Ysidro Port of Entry. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.